IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BRENDA COLLAZO-RODRIGUEZ,<br><br>**Plaintiff**,<br><br>v.<br><br>PUERTO RICO TELEPHONE CO., *et al.*,<br><br>**Defendants**. | **CIVIL NO.** 11-1948 (FAB) |

**JUDGMENT**

In accordance with the ORDER entered today (Docket No. 6), this case is **DISMISSED without prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 16, 2014.

                              s/ Francisco A. Besosa
                              FRANCISCO A. BESOSA
                              UNITED STATES DISTRICT JUDGE